Stuart S. Pressly
PLAINTIFF/PETITIONER/MOVANT'S NAME
V-48636
PRISON NUMBER

CSP-LAC
PLACE OF CONFINEMENT
Facility A1-223
P.O. Box. 8457
ADDRESS
Lancaster, CA 93539

2254 ✓  1983 ___
FILING FEE PAID
Yes ___  No ___
IFP MOTION FILED
Yes ✓  No ___
COPIES SENT TO
Court ✓  ProSe ___

FILED
DEC 10 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# United States District Court
## Southern District Of California

Stuart S. Pressly
    Plaintiff/Petitioner/Movant,

    v.

F.B. Haws (Warden)
    Defendant/Respondent,

Civil No. 07 CV 2315 J JMA
(TO BE FILLED IN BY U.S. DISTRICT COURT CLERK)

**MOTION AND DECLARATION UNDER PENALTY OF PERJURY IN SUPPORT OF MOTION TO PROCEED IN FORMA PAUPERIS**

I, _Stuart S. Pressly V-48636_,
declare that I am the Plaintiff/Petitioner/Movant in this case. In support of my request to proceed without prepayment of fees or security under 28 U.S.C. § 1915, I further declare I am unable to pay the fees of this proceeding or give security because of my poverty, and that I believe I am entitled to redress.

**In further support of this application, I answer the following question under penalty of perjury:**
1. Are you currently incarcerated?  ☒ Yes  ☐ No   (If "No" go to question 2)
    If "Yes," state the place of your incarceration _CSP-Lancaster CA_
    Are you employed at the institution?          ☒ Yes  ☐ No
    Do you receive any payment from the institution?  ☒ Yes  ☐ No

    [Have the institution fill out the Certificate portion of this affidavit and attach a certified copy of the trust account statement from the institution of your incarceration showing at least the last six months transactions.]

CIV-67 (Rev. 2/05)                                          K:\COMMON\FORMS\CIV-67

2. Are you currently employed? ☐ Yes ☒ No
   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer._____
   _____
   _____
   _____

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer._____
   _____
   _____
   _____

3. In the past twelve months have you received any money from any of the following sources?:
   a. Business, profession or other self-employment   ☐ Yes ☒ No
   b. Rent payments, royalties interest or dividends   ☐ Yes ☒ No
   c. Pensions, annuities or life insurance            ☐ Yes ☒ No
   d. Disability or workers compensation               ☐ Yes ☒ No
   e. Social Security, disability or other welfare     ☐ Yes ☒ No
   e. Gifts or inheritances                            ☐ Yes ☒ No
   f. Spousal or child support                         ☐ Yes ☒ No
   g. Any other sources                                ☐ Yes ☒ No

   If the answer to any of the above is "Yes" describe each source and state the amount received and what you expect you will continue to receive each month._____
   _____
   _____

4. Do you have any checking account(s)?   ☐ Yes ☒ No
   a. Name(s) and address(es) of bank(s):_____
   b. Present balance in account(s):_____

5. Do you have any savings/IRA/money market/CDS' separate from checking accounts?   ☐ Yes ☒ No
   a. Name(s) and address(es) of bank(s):_____
   b. Present balance in account(s):_____

6. Do you own an automobile or other motor vehicle?   ☐ Yes ☒ No
   a. Make:_____ Year:_____ Model:_____
   b. Is it financed? ☐ Yes ☐ No
   c. If so, what is the amount owed?_____

7. Do you own any real estate, stocks, bonds, securities, other financial instruments, or other valuable property?
   ☐ Yes  ☒ No
   If "Yes" describe the property and state its value._____

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. *N/A*

9. List any other debts (current obligations, indicating amounts owed and to whom they are payable):____
   *RESTITUTION*

10. List any other assets or items of value (specify real estate, gifts, trusts inheritances, government bonds, stocks, savings certificates, notes, jewelry, artwork, or any other assets [include any items of value held in someone else's name]): *NONE*

12. If you answered all of the items in #3 "No," and have not indicated any other assets or sources of income anywhere on this form, you must explain the sources of funds for your day-to-day expenses.____
    *I HAVE NONE*

**I declare under penalty of perjury that the above information is true and correct and understand that a false statement herein may result in the dismissal of my claims.**

*Dec 5 2007*                    [signature]
    DATE                        SIGNATURE OF APPLICANT

If you are a **prisoner** you must have an officer from your institution provide this official certificate as to the amount of money in your prison account. There are no exceptions to this requirement.

## PRISON CERTIFICATE
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant _____Stuart S. Pressly_____,
(NAME OF INMATE)

_____V-48636_____,
(INMATE'S CDC NUMBER)

has the sum of $_____ on account to his/her credit at _____

_____.
(NAME OF INSTITUTION)

I further certify that the applicant has the following securities _____

to his/her credit according to the records of the aforementioned institution. I further certify that **during the past six months** the applicant's *average monthly balance* was $ _____,

and the *average monthly deposits* to the applicant's account was $_____.

<u>ALL PRISONERS *MUST* ATTACH A CERTIFIED COPY OF THEIR TRUST ACCOUNT STATEMENT SHOWING TRANSACTIONS FOR THE SIX-MONTH PERIOD IMMEDIATELY PRECEDING THE FILING OF THE COMPLAINT PER 28 U.S.C. § 1915(a)(2).</u>

_____         _____
DATE                                      SIGNATURE OF AUTHORIZED OFFICER OF INSTITUTION

                                          _____
                                          OFFICER'S FULL NAME (PRINTED)

                                          _____
                                          OFFICER'S TITLE/RANK

# TRUST ACCOUNT WITHDRAWAL AUTHORIZATION
(Incarcerated applicants only)

(This form **MUST** be completed by the <u>prisoner</u> requesting to proceed <u>in forma pauperis</u>. An incomplete "Trust Account Withdrawal Authorization Form," or "Prison Certificate" will result in automatic denial of the prisoner's request to proceed <u>in forma pauperis</u>.)

I, \_\_\_\_Stuart S. Pressly /V-48636\_\_\_\_, request and authorize the agency holding me in
(Name of Prisoner/ CDC No.)
custody to prepare for the Clerk of the United States District Court for the Southern District of California, a certified copy of the statement for the past six months of my trust fund account (or institutional equivalent) activity at the institution where I am incarcerated.

CSP- Lancaster

I further request and authorize the agency holding me in custody to calculate and disburse funds from my trust fund account (or institutional equivalent) pursuant to any future orders issued by the Court relating to this civil action pursuant to the Prison Litigation Reform Act of 1995, Pub. L. No. 104-134, Title VIII, §§ 801-10, 110 Stat. 1321 (1996).

This authorization is furnished in connection with a civil action filed in the Southern District of California, and I understand that, pursuant to 28 U.S.C. §§ 1914 and 1915(b)(1), the total amount of filing fees for which I am obligated is either ☐ $250 (civil complaint) or ☐ $5 (habeas corpus petition) (check one). I also understand that this fee will be debited from my account regardless of the outcome of this action. This authorization shall apply to any other agency into whose custody I may be transferred.

\_\_\_December 5th , 2007\_\_\_        \_\_\_\[signature]\_\_\_
DATE                                SIGNATURE OF PRISONER

Stuart S. Pressly V-48636
(Petitioner)

DECLARATION IN SUPPORT
OF REQUEST
TO PROCEED
IN FORMA PAUPERIS

F.B. Haws (warden)
(Respondent[s])

I, Stuart S. Pressly V-48636, declare that I am the petitioner in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief.

1. Are you presently employed?   Yes  X        No _____

   a. If the answer is yes, state the amount of your salary or wages per month, and give the name and address of your employer.
   Clerk In Education , Prison Job. About $ 8:00 a month

   b. If the answer is no, state the date of last employment and the amount of the salary and wages per month which you received.

2. Have you received, within the past twelve months, any money from any of the following sources?

   a. Business, profession or form of self-employment?       Yes___   No  X
   b. Rent payments, interest or dividends?                  Yes___   No  X
   c. Pensions, annuities or life insurance payments?        Yes___   No  X
   d. Gifts or inheritances?                                 Yes___   No  X
   e. Any other sources?                                     Yes  X   No___

   If the answer to any of the above is yes, describe each source of money and state the amount received from each during the past twelve months.

   I had $ 45:00 about six Months ago

3. Do you own any cash, or do you have money in a checking or savings account?   Yes___   No  X
   (Include any funds in prison accounts)

   If the answer is yes, state the total value of the items owned.

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?   Yes____   No __X__

If the answer is yes, describe the property and state its approximate value. _____

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support. _____ N/A _____

I declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Executed on ___December 5th 2007_____
                        (Date)

_____
Signature of Petitioner

## CERTIFICATE

I hereby certify that the Petitioner herein has the sum of $_____ on account to his credit at the _____ institution where he is confined. I further certify that Petitioner likewise has the following securities to his credit according to the records said institution:

_____
_____
_____

DATED _____    _____
                                  Authorized Officer of Institution

                                  _____
                                  Title of Officer

PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY

CALIFORNIA DEPARTMENT OF CORRECTIONS
CALIF. STATE PRISON, LA COUNTY
INMATE TRUST ACCOUNTING SYSTEM
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: JUL. 01, 2007 THRU DEC. 04, 2007

ACCOUNT NUMBER    BED/CELL NUMBER:
ACCOUNT NAME                          ACCOUNT TYPE: I
PRIVILEGE GROUP: A

## TRUST ACCOUNT ACTIVITY

| DATE | TRAN CODE | DESCRIPTION | COMMENT | CHECK NUM | DEPOSITS | WITHDRAWALS | BALANCE |
|---|---|---|---|---|---|---|---|
| 07/01/2007 | | BEGINNING BALANCE | | | | | 45.00 |
| 07/03 | W512 | LEGAL POSTAGE | 700060 | | | 1.14 | 43.86 |
| 07/11 | W516 | LEGAL COPY CH | 700203 | | | 1.80 | 42.06 |
| 07/13 | FC01 | DRAW-FAC 1 | 7002422HB | | | 39.36 | 2.70 |
| 07/27 | W512 | LEGAL POSTAGE | 0487/08-27 | | | 2.60 | 0.10 |
| 08/16 | W516 | LEGAL COPY CH | 700853 | | | 0.10 | 0.00 |
| 09/07* | VD54 | INMATE PAYROL | 701184/AUG | | 4.08 | | 4.08 |
| 09/12 | W502 | POSTAGE CHARG | 701271 | | | 1.25 | 2.83 |
| 09/21 | W516 | LEGAL COPY CH | 701438 | | | 2.83 | 0.00 |
| 11/06* | VD54 | INMATE PAYROL | 702213/OCT | | 6.81 | | 6.81 |
| 11/06* | VD54 | INMATE PAYROL | 702222/SEP | | 2.34 | | 9.15 |

## CURRENT HOLDS IN EFFECT

| DATE PLACED | HOLD CODE | DESCRIPTION | COMMENT | HOLD AMOUNT |
|---|---|---|---|---|
| 11/05/2007 | H109 | LEGAL POSTAGE HOLD | 2397/12-15 | 9.60 |

## * RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 08/24/04            CASE NUMBER: LA045086
COUNTY CODE: LA                     FINE AMOUNT: $ 1,000.00

| DATE | TRANS. | DESCRIPTION | TRANS. AMT. | BALANCE |
|---|---|---|---|---|
| 07/01/2007 | | BEGINNING BALANCE | | 464.20 |
| 09/07/07 | VR54 | RESTITUTION DEDUCTION-SUPPORT | 4.52- | 459.68 |
| 11/06/07 | VR54 | RESTITUTION DEDUCTION-SUPPORT | 7.56- | 452.12 |
| 11/06/07 | VR54 | RESTITUTION DEDUCTION-SUPPORT | 2.59- | 449.53 |

CALIF. STATE PRISON, LA COUNTY
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: JUL. 01, 2007 THRU DEC. 04, 2007

ACCT: V48636     ACCT NAME: PRESSLY, STUART SCOTT     ACCT TYPE: I

\* THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT \*
\* IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.       \*

TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|---|---|---|---|---|---|
| 45.00 | 13.23 | 49.08 | 9.15 | 9.60 | 0.00 |

CURRENT
AVAILABLE
BALANCE
---------------
0.45