# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STUART S. PRESSLY,<br><br>                Petitioner,<br><br>    v.<br><br>F. B. HAWS, Warden,<br><br>                Respondent. | Civil No.   07-2315 J (JMA)<br><br>**ORDER GRANTING RESPONDENT'S REQUEST FOR ENLARGEMENT OF TIME TO FILE MOTION TO DISMISS OR ANSWER TO PETITION FOR WRIT OF HABEAS CORPUS** |

On January 31, 2008, Respondent filed a Request for Enlargement of Time to File Motion to Dismiss or Answer to Petition for Writ of Habeas Corpus. [Doc. No. 4.] For good cause shown, the Court hereby GRANTS Respondent's Request.

Respondent shall file a Motion to Dismiss to the Petition not later than **April 7, 2008** or an Answer addressing the merits of Petitioner's claims not later than **April 21, 2008**. Petitioner shall file an Opposition to the Motion to Dismiss not later than **May 5, 2008** or a Traverse to Respondent's Answer not later than **May 30, 2008**.

IT IS SO ORDERED.

DATED: February 1, 2008

                                                    Jan M. Adler<br>
                                                    U.S. Magistrate Judge