1 | EDMUND G. BROWN JR.
Attorney General of the State of California
2 | DANE R. GILLETTE
Chief Assistant Attorney General
3 | GARY W. SCHONS
Senior Assistant Attorney General
4 | RHONDA CARTWRIGHT-LADENDORF
Supervising Deputy Attorney General
5 | STACY TYLER
State Bar No. 216355
6 | Deputy Attorney General
  110 West A Street, Suite 1100
7 | San Diego, CA 92101
P.O. Box 85266
8 | San Diego, CA 92186-5266
Telephone: (619) 645-2106
9 | Fax: (619) 645-2581
Email: Rhonda.CartwrightLadendorf@doj.ca.gov
10 | Attorneys for Respondent

11

12 | IN THE UNITED STATES DISTRICT COURT

13 | FOR THE SOUTHERN DISTRICT OF CALIFORNIA

14

| | | |
|---|---|---|
| 15 | **STUART S. PRESSLY,** | 07cv2315 J (JMA) |
| 16 | Petitioner, | **APPLICATION FOR** |
| 17 | v. | **ENLARGEMENT OF TIME TO FILE ANSWER TO PETITION FOR WRIT OF HABEAS** |
| 18 | **F.B. HAWS, Warden,** | **CORPUS** |
| 19 | Respondent. | |
| 20 | | Judge: The Honorable Jan M. Adler |

21      Stacy Tyler declares under penalty of perjury:

22      I am the Deputy Attorney General assigned to prepare Respondent's response to the

23 Petition for Writ of Habeas Corpus now pending in the above-entitled cause. The response is due

24 on April 21, 2008.

25      I respectfully request this Court extend the time to file Respondent's answer by **30 days**

26 through and including **May 21, 2008,** for the following reasons:

27 ///

28 ///

Application for Enlargement of Time to File Answer            Case No. 07cv2315 J (JMA)

1    Last Wednesday was my first day back in the office after sixth months of maternity leave.

2  This case was re-assigned to me the day after I returned.  I was unable to begin substantive work on

3  it until Friday, however, because I spent the first two days back in the office attending to backlogged

4  administrative matters.

5    In addition to being assigned this case, I was assigned another federal habeas matter

6  (*Derritt v. Walker*, D. No. ED CV 08-425-SVW (PJW)); a complex, multi-defendant fraud case in

7  state court (*People v. Ontiveros et al.*, Ct.App. No. D050764), the paper record alone of which

8  comprises three banker's boxes; and another state-court direct appeal (*People v. Lopez*, Ct. App. No.

9  E042889).  These other assignments notwithstanding, I am giving the instant case priority and will

10  work on and finish it first since the Court already granted the attorney to whom it previously was

11  assigned a 60-day enlargement.

12    Petitioner was convicted of armed robbery and of being a felon in possession of a firearm.

13  He was sentenced as a recidivist offender because of his multiple prior serious and violent felony

14  convictions.  The state courts have considered and rejected the claims he presents in the Petition, and

15  have affirmed his sentence of sixty years to life in state prison.  Given the seriousness of Petitioner's

16  crimes and criminal history, and the resulting length of his sentence, Petitioner will not be unduly

17  prejudiced by a 30-day enlargement, whereas, I will be unable to prepare an answer without it.

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28

1  Accordingly, I respectfully request a **30-day** extension to and including **May 21, 2008**, to

2  prepare a quality response in this matter, and allow adequate time for review and processing.

3       Dated:  April 21, 2008

4            Respectfully submitted,

5            EDMUND G. BROWN JR.
             Attorney General of the State of California

6            DANE R. GILLETTE
             Chief Assistant Attorney General
7
             GARY W. SCHONS
8            Senior Assistant Attorney General

9            RHONDA CARTWRIGHT-LADENDORF
             Supervising Deputy Attorney General

10

11           s/Stacy Tyler

12
             STACY TYLER
13           Deputy Attorney General
             Attorneys for Respondent
14           E-mail:  Stacy.Tyler@doj.ca.gog

15  ST:mgs
    80230096.wpd
16  SD2007803271

17

18

19

20

21

22

23

24

25

26

27

28

1    <u>CERTIFICATE OF SERVICE BY U.S. MAIL</u>

2    Case Name:    **Pressly v. Haws**                   No.:    **07cv2315 J (JMA)**

3    I declare:

4    I am employed in the Office of the Attorney General, which is the office of a member of the
     California State Bar, at which member's direction this service is made.  I am 18 years of age or
5    older and not a party to this matter.  I am familiar with the business practice at the Office of the
     Attorney General for collection and processing of correspondence for mailing with the United
6    States Postal Service.  In accordance with that practice, correspondence placed in the internal
     mail collection system at the Office of the Attorney General is deposited with the United States
7    Postal Service that same day in the ordinary course of business.

8    On <u>April 21, 2008</u>, I served the following documents:

9                        **APPLICATION FOR ENLARGEMENT OF TIME**
                    **TO FILE ANSWER TO PETITION FOR WRIT OF HABEAS CORPUS**
10

11   by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid,
     in the internal mail collection system at the Office of the Attorney General at 110 West A Street,
12   Suite 1100, P.O. Box 85266, San Diego, CA  92186-5266, addressed as follows:

13   **Electronic Mail Notice List**
     I have caused the above-mentioned document(s) to be electronically served on the following
14   person(s), who are currently on the list to receive e-mail notices for this case:

15   NONE

16   **Manual Notice List**
     The following are those who are **not** on the list to receive e-mail notices for this case (who
17   therefore require manual noticing):

18

19   Stuart Scott Pressly
     V-48636
20   California State Prison
     Los Angeles County
21   P.O. Box 8457
     Lancaster, CA  93539-8457
22   In Pro Pro

23

24

25   I declare under penalty of perjury under the laws of the State of California the foregoing is true
     and correct and that this declaration was executed on April 21, 2008, at San Diego, California.
26

27   _____              _____
             Maria G. Stawarz                                      Signature
28   _____
             Declarant

SD2007803271
80230133.wpd