IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **STUART S. PRESSLY,**<br><br>    Petitioner,<br><br>    v.<br><br>**F.B. HAWS, Warden,**<br><br>    Respondent. | 07cv2315 J (JMA)<br><br>**ORDER GRANTING APPLICATION FOR ENLARGEMENT OF TIME TO FILE ANSWER TO PETITION FOR WRIT OF HABEAS CORPUS** |

Respondent's request for an enlargement of time is granted. Respondent shall file an Answer to Petition For Writ of Habeas Corpus not later than **May 21, 2008.** Petitioner may file a Traverse to matters raised in the Answer not later than **June 19, 2008.**

**IT IS SO ORDERED.**

DATED: April 22, 2008

_____
Jan M. Adler
U.S. Magistrate Judge