1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GARY W. SCHONS
   Senior Assistant Attorney General
4  RHONDA CARTWRIGHT-LADENDORF
   Supervising Deputy Attorney General
5  STACY TYLER
   State Bar No. 216355
6  Deputy Attorney General
    110 West A Street, Suite 1100
7   San Diego, CA 92101
    P.O. Box 85266
8   San Diego, CA 92186-5266
    Telephone: (619) 645-2446
9   Fax: (619) 645-2271
    Email: Stacy.Tyler@doj.ca.gov
10 Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STUART S. PRESSLY,<br><br>               Petitioner,<br><br>     v.<br><br>F.B. HAWS, Warden,<br><br>               Respondent. | 07cv2315 J (JMA)<br><br>**NOTICE OF CHANGE OF ASSIGNED COUNSEL**<br><br>Judge: The Honorable Jan M. Adler |

**TO THE COURT AND ALL PARTIES AND THEIR ATTORNEY OF RECORD:**

    **PLEASE TAKE NOTICE** that this case has been reassigned. The attorney with principal charge of this case is now Deputy Attorney General Stacy Tyler. Service information for Deputy Tyler is as follows:

    Stacy Tyler
    Deputy Attorney General
    110 West A Street, Suite 1100
    San Diego, CA  92101
    P.O. Box 85266
    San Diego, CA  92186-5266
    Telephone:  (619) 645-2446
    Fax:  (619) 645-2271
    E-mail:  Stacy.Tyler@doj.ca.gov

Dated:  April 23, 2008

    Respectfully submitted,

    EDMUND G. BROWN JR.
    Attorney General of the State of California

    DANE R. GILLETTE
    Chief Assistant Attorney General

    GARY W. SCHONS
    Senior Assistant Attorney General

    RHONDA CARTWRIGHT-LADENDORF
    Supervising Deputy Attorney General


    <u>s/ Stacy Tyler</u>

    STACY TYLER
    Deputy Attorney General
    Attorneys for Respondent
    E-mail:  Stacy.Tyler@doj.ca.gov

ST:mgs
80230861.wpd
SD2007803271

**CERTIFICATE OF SERVICE BY U.S. MAIL**

Case Name:  **Pressly v. Haws**          No.:  **07cv2315 J (JMA)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On April 23, 2008, I served the following documents:

**NOTICE OF CHANGE OF ASSIGNED COUNSEL**

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 110 West A Street, Suite 1100, P.O. Box 85266, San Diego, CA 92186-5266, addressed as follows:

**Electronic Mail Notice List**
I have caused the above-mentioned document(s) to be electronically served on the following person(s), who are currently on the list to receive e-mail notices for this case:

**None**

**Manual Notice List**
The following are those who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing):

Stuart Scott Pressly
V-48636
California State Prison
Los Angeles County
P.O. Box 8457
Lancaster, CA 93539-8457
In Pro Pro

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on April 23, 2008, at San Diego, California.

Maria G. Stawarz                                              /s/ Maria G. Stawarz
_____                          _____
       Declarant                                                         Signature

SD2007803271
80230987.wpd