**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

**NOTICE OF DOCUMENT DISCREPANCIES**

FILED
2008 MAY -2 PM 4:21
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY [signature] DEPUTY

*This space for Clerk's Office File Stamp*

TO: ☐ U. S. DISTRICT JUDGE / ☑ U. S. MAGISTRATE JUDGE Adler
FROM: R. Mullin, Deputy Clerk RECEIVED DATE: 4/30/2008
CASE NO.: 07cv2315 J (JMA) DOCUMENT FILED BY: Petitioner
CASE TITLE: Pressly v. Haws
DOCUMENT ENTITLED: Stay and Abeyance for Leave to Amend

Upon the submission of the attached document(s), the following discrepancies are noted:

| ✓ | Local Rule | Discrepancy |
|---|---|---|
| X | 5.1 | **Missing ~~time and date on~~ motion and/or supporting documentation** |
| ☐ | 5.3 | Document illegible or submitted on thermal facsimile paper |
| ☐ | **5.4** | **Document not filed electronically. Notice of Noncompliance already issued.** |
| ☐ | 7.1 or 47.1 | Date noticed for hearing not in compliance with rules/Document(s) are not timely |
| ☐ | 7.1 or 47.1 | Lacking memorandum of points and authorities in support as a separate document |
| ☐ | 7.1 or 47.1 | Briefs or memoranda exceed length restrictions |
| ☐ | 7.1 | Missing table of contents |
| ☐ | 15.1 | Amended pleading not complete in itself |
| ☐ | 30.1 | Depositions not accepted absent a court order |
| ☐ | | Supplemental documents require court order |
| ☐ | | Default Judgment in sum certain includes calculated interest |
| X | | **OTHER: Not in pleading format.** |

Other: No Proof of Service on Respondent's Counsel, Stacy A Tyler, Deputy Attorney General

**Date forwarded:** 4/30/2008

**ORDER OF THE JUDGE / MAGISTRATE JUDGE**

**IT IS HEREBY ORDERED:**

☐ The document is to be filed nunc pro tunc to date received.

☒ The document is NOT to be filed, but instead REJECTED. and it is ORDERED that the Clerk serve a copy of this order on all parties.

Rejected document to be returned to pro se or inmate? ☒ Yes. Court Copy retained by chambers ☐

Counsel is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83.1

CHAMBERS OF: JMA

Dated: 5/1/2008 By: [signature]

cc: All Parties

K:\COMMON\FORMS\CIVCRM35.WPD
Form # Civ/Crim 35 (4/98) -- [Docuument Discrepancy / Court Order]

Stuart S. Pressly V-48636

CSP-LAC

Facility A1-223

P.O. Box 8457

Lancaster, CA 93539




UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

Stuart Scott Pressly

Petitioner

Civil No. 07-2315 J(JMA)

Stay and Abeyance

For Leave to Amend

F.W Haws (Warden)

Respondent

---

Petitioner Respectfully applies to this court for motion for leave to files petitioner first amended petition after a responsive pleading FRCP 15(a) Request to stay current petition and hold current claim in Abeyance with leave to amend in 30 days after exhaustion. Felix V Mayle, 379 F3d 612.

Move for leave to stay and abey petition due to timely filed State Court Writ, Which has tolled the AEDPA time line.

Issues 1 and 2 relate back to petitioners current filing date because the claims arose out of the petition. F.R.C.P. 15 (c) (2).

Petitioner respectfully requests that the current issues before this court be stayed and abeyed on the grounds that petitioner