1 | EDMUND G. BROWN JR.
Attorney General of the State of California
2 | DANE R. GILLETTE
Chief Assistant Attorney General
3 | GARY W. SCHONS
Senior Assistant Attorney General
4 | RHONDA CARTWRIGHT-LADENDORF
Supervising Deputy Attorney General
5 | STACY TYLER, State Bar No. 216355
Deputy Attorney General
6 | 110 West A Street, Suite 1100
San Diego, CA 92101
7 | P.O. Box 85266
San Diego, CA 92186-5266
8 | Telephone: (619) 645-2446
Fax: (619) 645-2581
9 | Email: Stacy.Tyler@doj.ca.gov

10 | Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STUART S. PRESSLY,<br><br>                 Petitioner,<br><br>v.<br><br>F.B. HAWS, Warden,<br><br>                 Respondent. | 07cv2315 J (JMA)<br><br>NOTICE OF LODGMENT IN 28 U.S.C. § 2254 HABEAS CORPUS CASE - TO BE SENT TO CLERK'S OFFICE<br><br>Judge: The Honorable Jan M. Adler |

RESPONDENT Brian Haws, Warden of California State Prison, Los Angeles County, at Lancaster, California, respectfully requests the following copies of state court records pertaining to this case be lodged pursuant to this Court's order:

    1.    Clerk's Transcript (Super. Ct. No. SCD177809), Volume I of I, pages 1-241;

    2.    Reporter's Transcript of Preliminary Hearing, Volume I of I, pages 1-81;

    3.    Reporter's Transcript of Trial Proceedings, Volumes I and II of II, pages 1-294;

    4.    Appellant's Opening Brief (Ct. App. No. D046535);

    5.    Respondent's Brief;

1      6.    Appellant's Reply Brief;

2      7.    Opinion;

3      8.    Petition for Review (Supreme Ct. No. S147860), filed November 6, 2006; and

4      9.    Denial, filed December 13, 2006.

5  Because these lodged documents are copies, Respondent does not request that they be returned.

Dated: May 6, 2008

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DANE R. GILLETTE
Chief Assistant Attorney General

GARY W. SCHONS
Senior Assistant Attorney General

RHONDA CARTWRIGHT-LADENDORF
Supervising Deputy Attorney General


s/Stacy Tyler

STACY TYLER
Deputy Attorney General
Attorneys for Respondent
E-mail: Stacy.Tyler@doj.ca.gov

ST:mgs
80234628.wpd
SD2007803271

## CERTIFICATE OF SERVICE BY U.S. MAIL

Case Name:  **Pressly v. Haws**              No.:   07cv2315 J (JMA)

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On <u>May 6, 2008</u>, I served the following documents:

**NOTICE OF LODGMENT IN 28 U.S.C. § 2254 HABEAS CORPUS CASE - TO BE DELIVERED TO CLERK'S OFFICE**

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 110 West A Street, Suite 1100, P.O. Box 85266, San Diego, CA 92186-5266, addressed as follows:

**Electronic Mail Notice List**
I have caused the above-mentioned document(s) to be electronically served on the following person(s), who are currently on the list to receive e-mail notices for this case:

NONE

**Manual Notice List**
The following are those who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing):

Stuart Scott Pressly
V-48636
California State Prison
Los Angeles County
P.O. Box 8457
Lancaster, CA 93539-8457
In Pro Pro

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on May 6, 2008, at San Diego, California.

Maria G. Stawarz
Declarant

Signature

SD2007803271
80235216.wpd