1 | EDMUND G. BROWN JR.
Attorney General of the State of California
2 | DANE R. GILLETTE
Chief Assistant Attorney General
3 | GARY W. SCHONS
Senior Assistant Attorney General
4 | RHONDA CARTWRIGHT-LADENDORF
Supervising Deputy Attorney General
5 | STACY TYLER
State Bar No. 216355
6 | Deputy Attorney General
110 West A Street, Suite 1100
7 | San Diego, CA 92101
P.O. Box 85266
8 | San Diego, CA 92186-5266
Telephone: (619) 645-2106
9 | Fax: (619) 645-2581
Email: Rhonda.CartwrightLadendorf@doj.ca.gov
10 | Attorneys for Respondent

11

12 | IN THE UNITED STATES DISTRICT COURT

13 | FOR THE SOUTHERN DISTRICT OF CALIFORNIA

14

15 | **STUART S. PRESSLY,** | 07cv2315 J (JMA)

16 | Petitioner, | **APPLICATION FOR 11-DAY ENLARGEMENT OF TIME TO FILE OPPOSITION TO MOTION TO STAY HABEAS CORPUS PROCEEDINGS**

17 | v.

18 | **F.B. HAWS, Warden,**

19 | Respondent. | Judge: The Hon. Jan M. Adler

20

21 | Stacy Tyler declares under penalty of perjury:

22 | I am the Deputy Attorney General assigned to represent Respondent in the above-entitled

23 | cause.

24 | Respondent filed its Answer to the Petition on May 6, 2008. Roughly two weeks later,

25 | Petitioner filed a motion to stay the proceedings while he exhausts new claims in State court. The

26 | Court ordered Respondent to respond to the motion.

27 | I intend to oppose the motion. I respectfully request this Court extend the time to file that

28 | opposition by **11 days** through and including **July 18, 2008.**

1    I had intended to file Respondent's opposition last week. However, on June 23, 2008, I

2  fell ill. I became increasingly sick over the next several days, and thereafter was out of the office

3  with a series of infections and unable to work from June 30 to July 7. Yesterday was my first full

4  day back in the office. I have begun work on the opposition and expect to finish it before week's

5  end.

6    Petitioner was convicted of armed robbery and of being a felon in possession of a firearm.

7  He was sentenced as a recidivist offender because of his multiple prior serious and violent felony

8  convictions. The state courts have considered and rejected the claims he presents in the Petition, and

9  have affirmed his sentence of sixty years to life in state prison. Given the seriousness of Petitioner's

10  crimes and criminal history, and the resulting length of his sentence, Petitioner will not be unduly

11  prejudiced by a 11-day enlargement, whereas, I will be unable to prepare an opposition without it.

12    Accordingly, I respectfully request an **11-day** extension to and including **July 18, 2008**,

13  to prepare a quality response in this matter, and allow adequate time for review and processing.

14    Dated: July 8, 2008

15    Respectfully submitted,

16    EDMUND G. BROWN JR.
      Attorney General of the State of California

17    DANE R. GILLETTE
      Chief Assistant Attorney General

18    GARY W. SCHONS
      Senior Assistant Attorney General

19
      RHONDA CARTWRIGHT-LADENDORF

20    Supervising Deputy Attorney General

21

22
      s/Stacy Tyler

23
      STACY TYLER

24    Deputy Attorney General
      Attorneys for Respondent

25    E-mail: Stacy.Tyler@doj.ca.gog

26  ST:mgs
    70129843.wpd

27  SD2007803271

28

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:  **Pressly v. Haws**

No.:  **07cv2315 J (JMA)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On July 9, 2008, I served the attached **APPLICATION FOR 11-DAY ENLARGEMENT OF TIME TO FILE OPPOSITION TO MOTION TO STAY HABEAS CORPUS PROCEEDINGS** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 110 West A Street, Suite 1100, P.O. Box 85266, San Diego, CA 92186-5266, addressed as follows:

Stuart Scott Pressly
V-48636
California State Prison, Los Angeles County
P.O. Box 8457
Lancaster, CA 93539-8457
In Pro Per

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on July 9, 2008, at San Diego, California.

| Helen A. Jellen | | |
| --- | --- | --- |
| Declarant | | Signature |

70129849.wpd