IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **STUART S. PRESSLY,**<br><br>Petitioner,<br><br>v.<br><br>**F.B. HAWS, Warden,**<br><br>Respondent. | 07cv2315 J (JMA)<br><br>**ORDER GRANTING APPLICATION FOR 11-DAY ENLARGEMENT OF TIME TO FILE OPPOSITION TO MOTION TO STAY HABEAS CORPUS PROCEEDINGS** |

Respondent's request for an enlargement of time is GRANTED. Respondent shall file an opposition to the motion to stay not later than **July 18, 2008**. Petitioner shall file a Reply to Respondent's opposition to the motion to stay no later than **August 29, 2008**.

**IT IS SO ORDERED.**

DATED: July 10, 2008

Jan M. Adler
U.S. Magistrate Judge